# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) NO. 13 B 40462 |
| GEORGE ANDREW FLOYD, | ) |
| | ) |
| | ) Chapter 13 |
| Debtor | ) |
| | ) |
| | ) Honorable Judge Timothy A. Barnes |
| | ) |

## NOTICE OF MOTION

TO:   Marilyn O. Marshall, Chapter 13 Trustee (electronically via ECF)
     George Andrew Floyd, 5937 S. Wolcott, Chicago, IL 60636 (via U.S. Mail)
     All creditors listed on attached service list (via U.S. Mail)

PLEASE TAKE NOTICE that on May 11, 2015 at 9:30 a.m., the undersigned will appear before the Honorable Judge Timothy A. Barnes at the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Courtroom 613, Chicago, Illinois 60604 and will then and there present the attached **Debtor's Counsel's Application for Compensation**, at which time you may appear if you so choose.

### Certificate of Service

I, Charles L. Magerski, hereby certify that I caused a copy of this notice to be served, electronically via ECF to Marilyn O. Marshall (Chapter 13 Trustee), to the debtor George Andrew Floyd via U.S. Mail and upon all creditors on the attached service list via U.S. Mail on April 9, 2015 before the hour of 5:00 p.m. from the office located at 900 Jorie Blvd., Ste 150, Oak Brook, IL 60523.

                                        BY:   S/ CHARLES L. MAGERSKI
                                              SULAIMAN LAW GROUP, LTD.
                                              COUNSEL FOR DEBTOR(S)
                                              900 JORIE BOULEVARD, SUITE 150
                                              OAK BROOK, IL 60523
                                              PHONE: (630) 575-8181
                                              FAX: (630) 575-8188
                                              ATTORNEY NO: 6297092

```
Label Matrix for local noticing          U.S. Bank National Association, as Trustee f   U.S. Bankruptcy Court
0752-1                                   Codilis and Associates, P.C.                   Eastern Division
Case 13-40462                            15W030 North Frontage Road, Suite 100          219 S Dearborn
Northern District of Illinois            Burr Ridge, IL 60527-6921                      7th Floor
Chicago                                                                                 Chicago, IL 60604-1702
Mon Apr  6 15:08:57 CDT 2015

ALTAIR OH XIII, LLC                      Capital One, N.A. *                            Chicago FIre Officers' Association
C O WEINSTEIN,PINSON AND RILEY, PS       c/o American Infosource                        Credit Union
2001 WESTERN AVENUE, STE 400             P.O Box 54529                                  1800 S Halsted Street
SEATTLE, WA 98121-3132                   Oklahoma City, OK 73154-1529                   Chicago, IL 60608-3415


Chicago Fire Officers CU                 Chicago Firefighters Credit                    Chicago Firemans Assn Credit Union
10231 S Western                          6230 S. Central Avenue                         2453 S Archer
Chicago IL 60643-1917                    Chicago, IL 60638-4544                         Chicago IL 60616-2169




Cook County Treasurer's Office           Credit One Bank                                Daliah Gorce
118 North Clark Street, Room 112         585 Pilot Rd                                   11426 S. Carpenter
Chicago, IL 60602-1590                   Las Vegas, NV 89119-3619                       Chicago, IL 60643




Department of the Treasury               Equifax Information Services, LLC              Experian Information Solutions, Inc.
Internal Revenue Service                 1550 Peachtree Street NW                       475 Anton Boulevard
Po Box 7346                              Atlanta, GA 30309                              Costa Mesa, CA 92626-7037
Philadelphia, PA 19101-7346



IL Dept of Healthcare & Family Services  IL Dept of Healthcare & Family Services        IL Dept of Healthcare and Family Services/MR
32 W. Randolph, 10th Floor               Division of Child Support Services             P O Box 19405
Chicago, IL 60601-3405                   PO Box 19152                                   Springfield, IL 62794-9405
                                         Springfield, IL 62794-9152



Illinois Bell Telephone Company          (p)INTERNAL REVENUE SERVICE                    LVNV Funding, LLC its successors and assigns
% AT&T Services, Inc                     CENTRALIZED INSOLVENCY OPERATIONS              assignee of FNBM, LLC
Karen Cavagnaro, Paralegal               PO BOX 7346                                    Resurgent Capital Services
One AT&T Way, Room 3A104                 PHILADELPHIA PA 19101-7346                     PO Box 10587
Bedminster, NJ 07921-2693                                                               Greenville, SC 29603-0587


Ocwen Loan                               Ocwen Loan Servicing                           Ocwen Mortgage
1661 Worthington Road, Suite 100         3451 Hammond Avenue                            Attn: Bankruptcy
West Palm Beach, FL 33409-6493           Waterloo, IA 50702-5345                        P.O. Box 24738
                                                                                        West Palm Beach, FL 33416-4738



Shika Brant                              Trans Union LLC                                U.S. Bank National Association, as Trustee
5830 S. Wabash                           1561 E. Orangethorpe Avenue                    c/o Codilis & Associates, P.C.
Chicago, IL 60637-1108                   Fullerton, CA 92831-5210                       15W030 N. Frontage Road, Suite 100
                                                                                        Burr Ridge, IL 60527-6921



Wells Fargo Bank NA                      Wells Fargo Financial Bank                     Charles L. Magerski
PO Box 10438                             4137 121st Street                              Sulaiman Law Group, LTD
Des Moines IA 50306-0438                 Urbandale, IA 50323-2310                       900 Jorie Boulevard
                                                                                        Suite 150
                                                                                        Oak Brook, IL 60523-3810
```

George Andrew Floyd
5937 S. Wolcott
Chicago, IL 60636-1606

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

Mohammed O Badwan
Sulaiman Law Group, LTD
900 Jorie Blvd Ste 150
Oak Brook, IL 60523-3810

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Paul M Bach
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523-3810

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P.O. Box 802503
Cincinnati, OH 45280

End of Label Matrix
Mailable recipients    34
Bypassed recipients     0
Total                  34

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | NO. 13 B 40462 |
| GEORGE ANDREW FLOYD, ) | |
| ) | |
| ) | Chapter 13 |
| Debtor ) | |
| ) | |
| ) | Honorable Judge Timothy A. Barnes |
| ) | |

### DEBTOR'S COUNSEL'S APPLICATION FOR COMPENSATION

**NOW COMES** SULAIMAN LAW GROUP, LTD. ("Debtor's Counsel"), bringing this Motion For Application for Compensation, and in support thereof, state as follows:

1. The instant bankruptcy proceeding was filed under Chapter 13 of the Bankruptcy Code on October 15, 2013.

2. The Debtor, George Andrew Floyd ("Debtor"), and Debtor's Counsel entered into an agreement ("agreement") for Debtor's Counsel to represent the Debtor in the instant Chapter 13 proceeding. *See* Exhibit A attached hereto is a true and accurate copy of the agreement for services entered between Debtor and Debtor's Counsel.

3. The agreement contemplates that the hourly rate for Debtor's Counsel's services is $325.00 per hour.

4. Debtor's Counsel received $4,366.00 of which $366.00 was used to pay the debtor's filing fee and related expenses prior to filing.

5. Debtor's Counsel did not enter into the Model Retention Agreement ("MRA") as Debtor's Counsel reasonably anticipated that the instant Chapter 13 proceeding will be more difficult than the run of the mill Chapter 13 proceeding.

6. The motive of the filing was to cram down the Debtor's investment property to which it was reasonably known that it would be heavily contested by the mortgage company.

7. Debtor's Counsel reasonably anticipated that the attempt to cram down the value of the investment property to the current fair market value would be heavily litigated.

8. Not surprisingly, the instant matter was contested and took over 12 months in order for a plan to be confirmed by this Court.

9. Debtor's Counsel has prosecuted the matter diligently and has performed the services contemplated in the agreement.

10. Debtor's Counsel has spent many hours working on the instant matter and seeks compensation for their services. *See* attached Exhibit B is an itemized statement of the Debtor's Counsel's services provided to date.

11. Specifically Debtor's Counsel has expended 32.7 hours (30.0 hours which are billable) of time at a rate of $325.00 per hour and is seeking an award of compensation in the amount of $9,775.00  (30 hours x $325.00 per hour).

**WHEREFORE**, Sulaiman Law Group, Ltd., attorneys for Debtor George Andrew Floyd prays this Honorable Court for the following relief:

   A. Awarding Debtor's Counsel's fees in the amount of $9,775.00; and
   B. For such other and further relief this Court deems just and proper.

Dated: April 9, 2015                                Respectfully Submitted,

                                                    /s/ Charles L. Magerski
                                                    Charles L. Magerski, Esq. #6297092
                                                    Counsel for Debtor
                                                    Sulaiman Law Group, LTD
                                                    900 Jorie Blvd, Ste 150
                                                    Oak Brook, IL 60523
                                                    Phone (630)575-8181
                                                    Fax: (630)575-8188

# EXHIBIT A

# SULAIMAN LAW GROUP, LTD.
## ATTORNEYS & COUNSELORS AT LAW

## Chapter 13 Retainer Agreement

Dated: October 14, 2013

George Andrew Floyd
5522 S. Walcott
Chicago, IL 60636

      Re:    *Chapter 13 Bankruptcy Representation*

Dear Mr. Floyd:

*Sulaiman Law Group, Ltd.* ("We" or the "Firm") is honored that you have selected us to represent you ("You" or "Client") as insolvency and bankruptcy counsel. Our objective is to provide high quality legal services to you at a fair and reasonable cost. This letter ("Agreement") outlines the basis upon which we will provide legal services to you, and confirms our understanding with respect to payment of legal fees, costs and expenses incurred with such representation. We apologize for the formality of this agreement, but we believe that it is important for you to have a clear understanding of our policies regarding legal fees and costs from the beginning of our relationship. Moreover, many of the provisions of this letter are required or recommended by the Illinois State Bar and the Illinois Rules of Professional Responsibility.

**1.**     **Scope of Services; Client Duties.** You are hiring us as attorneys to represent you as bankruptcy counsel in a Chapter 13 case. We will keep you informed of the progress of your case and will be available to you to answer any questions you might have. If at any time you determine that you need to file a Chapter 7 bankruptcy case instead of your Chapter 13 case, the parties will need to execute a new fee agreement setting forth the terms of such representation. If you elect to convert your Chapter 13 case to a Chapter 7 case, then we shall be under no duty to prepare and file the necessary court papers until the new fee agreement has been signed and the agreed upon fees paid.

**2.**     **Assumptions under this agreement.**
        a.    You have provided all requested information.
        b.    You have provided complete and accurate information.
        c.    Your circumstances, especially your current monthly income (as defined by the Bankruptcy Code) does not substantially change prior to the filing of the case.
        d.    You will provide all requested documents within 15 days of the date of this Agreement.

SULAIMAN LAW GROUP, LTD.
900 JORIE BOULEVARD, SUITE 150, OAK BROOK, ILLINOIS 60523
TEL 630.575.8181 - FAX 630.575.8188
SULAIMANLAW.COM

# SULAIMAN LAW GROUP, LTD.
## ATTORNEYS & COUNSELORS AT LAW

3.  **Retainer.** For us to begin our representation, you agree to forward a retainer in the total amount of **$4,366.00** with this signed agreement. This retainer will be deposited in our attorney business account but we may use these funds, up to the full **$4,366.00** to pay our fees and costs, subject to Court approval of any fees or costs incurred after your case is filed.

Under the 2007 Illinois Supreme Court case of Dowling v. Chicago Options Assoc., Inc. we are required to make certain disclosures to you about the retainer you would be paying pursuant to the above paragraph. The retainer is called an "Advanced Payment" Retainer. The Advance Payment Retainer means that the payments made by Client to Attorney are present payment to us in exchange for our commitment to provide legal services to you in the future. The fees paid by the Client will be deposited in our business account and not in our trust account. This means that we own the fees immediately upon payment. If our representation of Client ends before the retainer is exhausted, the retainer is subject to refund to you pursuant to the Illinois Rule of Professional Conduct.

Any unused portion of the retainer at the conclusion of our representation will be refunded to you or the party who advanced it.

4.  **Legal Fees and Billing Practices.** Professional fees charged reflect a number of factors, including the number of attorney hours incurred, the relative experience of the attorney(s) performing the services, the difficulty of the matter, and the results obtained for the client. Our professional fees are determined by multiplying the actual number of hours incurred by the hourly billing rate. From time to time, our hourly billing rates will change. We will notify you of any changes in the firm's hourly rate structure. Our minimum billing unit is one-tenth of an hour, and services will be recorded and billed in tenths of an hour increments.

We will charge you for all activities undertaken in providing legal services to you under this Agreement, including but not limited to the following: conferences, including preparation and participation; preparation and review of correspondence, email and other documents; legal research and analysis; court and other appearances, including preparation and participation; and communications, including email, telephone, facsimile, in-person and other communications with you, other attorneys or persons involved with this matter, governmental agencies and any other party or person contact with whom is advisable for our representation. The legal personnel assigned to this matter may confer among themselves about the matter, as required. When they do confer, each will charge for the time expended. If more than one of our legal personnel attends a meeting, court hearing or other proceeding, each will charge for the time spent only if it is necessary in our judgment to have two or more personnel at the meeting, hearing or proceeding. We charge for waiting and portal-to-portal travel time, both local and out of town.

# SULAIMAN LAW GROUP, LTD.
## ATTORNEYS & COUNSELORS AT LAW

Currently our hourly rates range from $90.00 per hour for paralegals/legal assistants to $325.00 for our most senior lawyers. You agree to pay our fees and costs based upon our then prevailing hourly rates and charges at the time the services are rendered.

You hereby authorize the secure destruction of your file seven years after it is closed, and agree that we shall have no liability for destroying any records, documents, or exhibits still in our possession at the end of five years. All future work for you in other matters will be handled in accordance with this Agreement at our regular hourly rates unless otherwise agreed upon.

**5.     Costs and Other Charges**. We will incur various costs and expenses in the normal course of performing legal services under this Agreement. Costs and expenses commonly include filing and recordation fees, court reporters' fees, computer legal research, messenger and other delivery services, postage, parking and other local travel expenses, telecopying, photocopying and other reproduction costs. You agree to pay transportation, meals, lodging and all other costs of any necessary travel by our personnel. You will be charged the hourly rates for the time we spend traveling, both local and out of town. You also agree to pay for charges such as expert witness fees, title insurance fees, consultant and investigator fees, and the like. Photocopying is currently billed at $0.05 per page, and motor travel at IRS standards. The firm reserves the right to require that certain costs, such as travel expenses, expert witness fees and deposition transcripts, be paid in advance directly by the client, or be paid into escrow before such costs are incurred.

Additionally, you will have the additional cost of the pre-filing credit counseling, which is approximately $50.00; the mandatory post-filing educational course, which is also approximately $50.00; the costs of any appraisals of real or personal property; the costs of obtain current consumer reports in the you are not entitled to free reports; and any other costs as agreed to by the parties.

**6.     Billing Statements**. Once your case has been filed, we will file a motion in the Bankruptcy Court for approval of our fees for services based on time and expenses up until the date of filing the Motion. We will always send you a copy of this motion with a detailed itemization of all fees and costs incurred and the basis for the fees and costs.

Upon Court approval of these fees, we will send you an itemized statement indicating fees and costs incurred and their basis, any amounts applied from the retainer, and any current balance owed, as well as any deductions requested by the Court if any. This billing statement will list the professionals who worked on your matter for that billing period with their hourly billing rates.

Should you have any questions concerning any statement, we encourage you to discuss them with us prior to the Court date listed on the Motion for Fees so that we may have an opportunity to resolve any misunderstandings in a mutually agreeable manner.

# SULAIMAN LAW GROUP, LTD.
## ATTORNEYS & COUNSELORS AT LAW

Any fees or costs due after application of your retainer, as determined by the Court and after approval of a fee application and notice to you, must be paid promptly.

Payment of fees and costs shall be made upon receipt of orders approving fees (or, after confirmation of your plan, upon receipt of invoices therefore), with payment received in our office no later than 5 days after the date of the order or invoice.

7.  **Chapter 13 Filing.** The ultimate fees to be awarded the Firm for its representation of you in the Chapter 13 case must be approved by the Bankruptcy Court. Interim applications for compensation and reimbursement of expenses will be filed by the Firm with the Bankruptcy Court to obtain authorization for further payment. Generally, interim applications are made on a quarterly basis, but may be submitted more often. You agree to pay any award of compensation upon the entry of a Court order authorizing such award.

You agree that you shall perform fully and conscientiously all the duties of a Debtor and Debtor-in-Possession under the Bankruptcy Code, and shall timely comply with all reasonable requests for information or reports by the U.S. Trustee, any Creditor's Committee, and the Firm. These duties may include, but are not limited to, gathering and reviewing all of the information necessary for filing a complete and accurate list of all assets, creditors, budget, a schedule of executory contracts and unexpired leases, the Statement of Financial Affairs, and the Statement of Current Income and Expenses. You acknowledge having received a Questionnaire assisting the Firm in completing such documents, and agrees to timely, completely, and accurately complete the Questionnaire.

If during the course of the bankruptcy you wish to sell, refinance or pledge as security real property or any of your other assets, you must let us know so that we can ask the Court for approval. If you do not do this, the property or asset may not be able to be legally transferred, refinanced or pledged, which can cause significant problems both with the transaction and with your bankruptcy case. You must provide us with a copy of the listing agreement and/or contract for sale of the property before such document is signed by you.

Some debts, such as student loans, domestic support obligations (alimony, child support arrearages, etc.) and certain taxes, may not be dischargeable in your case. Liens, such as security interests, homeowner's liens and mortgages, may not released upon your discharge, and you may need to make arrangements for the payment of such debts or surrender the property securing them after the conclusion of your case. Post-petition/pre-foreclosure homeowner's and condominium association charges are not discharged. You have been advised to close or draw down any financial account at an entity to which you owe or may owe money.

You authorize us to obtain information about your assets, credit (including credit reports), taxes, debts, income, expenses and other public and non-public information that may be used to verify and ensure the completeness of the information you provide to us. Such

# SULAIMAN LAW GROUP, LTD.
### ATTORNEYS & COUNSELORS AT LAW

information may not be comprehensive or complete. It is obtained for background information and to aid our verification only. We will prepare your bankruptcy filings based upon information supplied by you. We will rely upon this information as being true, accurate, complete and correct. It is your responsibility to disclose your ownership or interest in and prior ownership or interest in all assets, regardless of value, and all debts and claims, regardless of amount. If a creditor is not listed, the debt to such creditor may not be discharged. If false, incorrect or incomplete information is included, or information is omitted, it can cause you additional effort and expense to remedy the error, may place the bankruptcy itself in jeopardy and could result in civil or criminal liability. It is vitally important that the information included in the bankruptcy schedules be complete and correct to avoid any problems. You will review all documents filed as part of your bankruptcy case, and your signature on those documents signifies that you have read and understood them, and agree with their contents. In cases of joint representation of spouses, communication with one spouse will be deemed communication with both spouses. We may disclose to both spouses any facts disclosed by either spouse.

You must preserve all records and documents related in any way to this matter, including all electronic documents and data.

If during the course of the bankruptcy you wish to sell, refinance or pledge as security real property or any of your other assets, you must let us know so that we can ask the Court for approval. If you do not do this, the property or asset may not be able to be legally transferred, refinanced or pledged, which can cause significant problems both with the transaction and with your bankruptcy case. You must provide us with a copy of the listing agreement and/or contract for sale of the property before such document is signed by you.

**8. Discharge and Withdrawal.** You may discharge us at any time and we may withdraw from your representation after approval by the Court. Reasons for our withdrawal may include, but are not limited to, your breach of this Agreement, your failure to pay our bills as they become due, your refusal to cooperate with us or follow our advice on a material matter, or any fact or circumstance that would render our continuing representation of you unlawful, unethical or impracticable.

Upon cessation of our active involvement in any particular matter, even if we continue to represent you in other matters, we will have no duty to inform you of future developments, deadlines or changes in the law.

**9. Disclaimer of Guarantee; Risks.** Nothing in this Agreement should be construed as a promise or guarantee about the outcome of any matter that we are handling on your behalf. Our comments about the outcome of matters pertaining to you are expressions of opinion only. There are risks in filing for bankruptcy, including the possible liquidation or loss of property. You also understand that the bankruptcy law is subject to different interpretations and that there are inherent risks in how Courts will apply various provisions.

## SULAIMAN LAW GROUP, LTD.
### ATTORNEYS & COUNSELORS AT LAW

**10.     Entire Agreement.** This letter contains all of the terms of the agreement between us applicable to our representation and may not be modified except by a written agreement signed by both of us. There are no promises, terms, conditions or obligations applicable to our representation hereunder, except as expressly set forth in this Agreement, and the terms hereof supersede any previous oral or written agreements between us with respect to our representation hereunder.

**13.     Effective Date.** Please confirm that this letter accurately reflects our agreement, and that you understand and waive any potential conflicts of interest, by signing the duplicate copy of this Agreement and returning it to us along with your retainer amount stated above. The representation covered by this Agreement commences only upon the receipt by this office of such items.

If you have any questions concerning the provisions of this Agreement, please do not hesitate to call me. We look forward to the privilege of working with you.

Very truly yours,

UNDERSTOOD AND AGREED TO:

SULAIMAN LAW GROUP, LTD.
900 JORIE BOULEVARD, SUITE 150, OAK BROOK, ILLINOIS 60523
TEL 630.575.8181 - FAX 630.575.8188
SULAIMANLAW.COM

# EXHIBIT B

**Sulaiman Law Group, LTD**
DEDICATION | INNOVATION | COMPASSION | EXCELLENCE

Date: 04/06/2015

Debtor: George Andrew Floyd                                                                 Case No.: 13-40462

## Time Itemization

| Date | Initials | Service Provided | Hours | Fee |
|------|----------|------------------|-------|-----|
| 07/23/13 | ATS | Initial Consultation | 1.2 | NO CHARGE |
| 09/30/13 | ELH | Draft Petition | 1.5 | NO CHARGE |
| 10/01/13 | CLM | Reviewed petition with client | 1.1 | $ 357.50 |
| 10/10/13 | CLM | Call to Client | 0.1 | $ 32.50 |
| 10/10/13 | CLM | Client Called - Reviewed Plan, Proposed Payment | 0.3 | $ 97.50 |
| 10/11/13 | CLM | Made changes to petition | 0.3 | $ 97.50 |
| 10/22/13 | CLM | Organized documents for 341 meeting | 0.2 | $ 65.00 |
| 12/05/13 | CLM | Appeared at 341 Meeting | 1.1 | $ 357.50 |
| 12/17/13 | CLM | Call to Client | 0.3 | $ 97.50 |
| 01/03/14 | CLM | Drafted Motion to Avoid Lien | 1.3 | $ 422.50 |
| 01/03/14 | CLM | Amended Schedules and Filed | 0.6 | $ 195.00 |
| 01/03/14 | CLM | Prepared Case for confirmation hearing | 0.3 | $ 97.50 |
| 01/06/14 | PNB | Appeared at confirmation hearing | 1.0 | $ 325.00 |
| 01/07/14 | CLM | Client Called | 0.3 | $ 97.50 |
| 01/21/14 | CLM | Adjusted MAL and filed | 0.3 | $ 97.50 |
| 02/07/14 | MOB | File Prepared for Confirmation Hearing | 0.3 | $ 97.50 |
| 02/10/14 | MOB | Appeared at confirmation hearing | 1.0 | $ 325.00 |
| 02/14/14 | CLM | Call to client | 0.2 | $ 65.00 |
| 02/26/14 | CLM | Reviewed Fax | 0.1 | $ 32.50 |
| 03/14/14 | MOB | File Prepared for Confirmation Hearing | 0.3 | $ 97.50 |
| 03/17/14 | MOB | Appeared at confirmation hearing | 1.0 | $ 325.00 |
| 04/14/14 | CLM | Call to client to discuss Motion to Dismiss | 0.3 | $ 97.50 |
| 04/18/14 | CLM | Filed Amended Schedules A, G, I, J | 0.4 | $ 130.00 |
| 04/18/14 | MOB | Prepared Case for confirmation hearing | 0.3 | $ 97.50 |
| 04/21/14 | MOB | Appeared at confirmation hearing | 1.0 | $ 325.00 |
| 04/21/14 | CLM | Reviewed fax from client with TTE payments | 0.2 | $ 65.00 |
| 04/28/14 | CLM | Returned client call | 0.2 | $ 65.00 |
| 05/30/14 | MOB | Prepared Case for confirmation hearing | 0.3 | $ 97.50 |
| 06/02/14 | PNB | Appeared at confirmation hearing | 1.0 | $ 325.00 |
| 06/27/14 | CLM | Prepared Case for confirmation hearing | 0.3 | $ 97.50 |
| 06/30/14 | PMB | Appeared at confirmation hearing | 1.0 | $ 325.00 |
| 07/11/14 | CLM | Call to client regarding appraisal | 0.2 | $ 65.00 |
| 07/11/14 | CLM | Reviewed bank appraisal | 0.2 | $ 65.00 |
| 07/11/14 | CLM | Email exchange with opposing counsel re: Bank APR | 0.2 | $ 65.00 |
| 07/14/14 | NCV | Appeared at confirmation hearing | 1.0 | $ 325.00 |
| 07/18/14 | CLM | Email exchange with opposing counsel re: settlement | 0.3 | $ 97.50 |
| 07/23/14 | CLM | Call with client | 0.3 | $ 97.50 |
| 07/28/14 | CLM | Reviewed Email from opposing counsel | 0.1 | $ 32.50 |
| 08/01/14 | CLM | Call with Peter Bastianen with Pierce and Associates | 0.4 | $ 130.00 |
| 08/04/14 | PMB | Appeared at confirmation hearing | 1.0 | $ 325.00 |
| 08/04/14 | CLM | Call to client - left message | 0.1 | $ 32.50 |
| 08/12/14 | CLM | Reviewed Email from opposing counsel | 0.1 | $ 32.50 |
| 08/18/14 | CLM | Appeared at confirmation hearing | 1.0 | $ 325.00 |

**Sulaiman Law Group, LTD**
DEDICATION | INNOVATION | COMPASSION | EXCELLENCE

## Continued Time Itemization

| Date | Initials | Service Provided | Hours | Fee |
|---|---|---|---|---|
| 08/26/14 | CLM | Conference with PMB regarding Joint Stip | 0.3 | $ 97.50 |
| 09/02/14 | CLM | Email exchange with opposing counsel re: Joint Stip | 0.3 | $ 97.50 |
| 09/02/14 | CLM | Drafted Joint Stipulation of Facts | 2.1 | $ 682.50 |
| 09/18/14 | CLM | Prepared Case for confirmation hearing | 0.3 | $ 97.50 |
| 09/22/14 | PNB | Appeared at confirmation hearing | 1.0 | $ 325.00 |
| 09/22/14 | CLM | Reviewed and conferred with PNB regarding APR | 0.2 | $ 65.00 |
| 09/23/14 | CLM | Returned client call, answered questions | 0.3 | $ 97.50 |
| 09/30/14 | CLM | Email exchange with opposing counsel | 0.3 | $ 97.50 |
| 10/03/14 | CLM | Filed Amended I and J and Modified Plan | 0.4 | $ 130.00 |
| 10/03/14 | CLM | Email exchange with staff regarding credit union | 0.2 | $ 65.00 |
| 10/06/14 | CLM | Appeared at confirmation hearing | 1.0 | $ 325.00 |
| 10/06/14 | CLM | Email exchange with opposing counsel | 0.3 | $ 97.50 |
| 10/21/14 | CLM | Email exchange with opposing counsel | 0.3 | $ 97.50 |
| 10/24/14 | CLM | Filed Modified 13 Plan | 0.2 | $ 65.00 |
| 10/27/14 | CLM | Appeared at confirmation hearing | 1.0 | $ 325.00 |
| 02/09/15 | PNB | Appeared at Trustee's Motion to Dismiss | 0.5 | $ 162.50 |
| 02/20/15 | CLM | Email to Trustee regarding motion to dismiss | 0.1 | $ 32.50 |
| 02/23/15 | PNB | Appeared at Trustee's Motion to Dismiss | 0.5 | $ 162.50 |
| 03/30/15 | NCV | Appeared at Trustee's Motion to Dismiss | 0.5 | $ 162.50 |
| 03/31/15 | CLM | Call to client | 0.2 | $ 65.00 |
| | | TOTAL | 32.7  (30.0) | $ 9,775.00 |

## Professionals Providing Services

| Initials | Full Name | Hourly Billing Rate |
|---|---|---|
| ATS | Ahmad T. Sulaiman | $ 325.00 |
| ELH | Elvia Herrera | Paralegal |
| CLM | Charles L. Magerski | $ 325.00 |
| MOB | Mohammed O. Badwan | $ 325.00 |
| NCV | Nathan C. Volheim | $ 325.00 |
| PMB | Paul M. Bach | $ 325.00 |
| PNB | Penelope M. Bach | $ 325.00 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: **GEORGE ANDREW FLOYD** | ) | Case No. 13-40462 |
| | ) | Hearing Date: 5/11/15 |
| **Debtor(s)** | ) | Judge Timothy A. Barnes |

### ATTORNEY'S APPLICATION FOR COMPENSATION FOR REPRESENTING CHAPTER 13 DEBTOR(S)
(Use for cases filed on or after 8/21/2012)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**
The attorney and the debtor(s) [ ] have [✓] have not entered into the Court-Approved Retention Agreement.

**Attorney Certification:**
The attorney hereby certifies that:
1. All disclosures required by General Order 11-2 have been made, and
2. If a Flat Fee is requested, the attorney and the debtor have not entered into any other agreements that provide for the attorney to receive (a) any kind of compensation, reimbursement, or other payment or (b) any form of, or security for, compensation, reimbursement, or other payment that varies from the Court-Approved Retention Agreement.

**Compensation for services previously awarded in this case:**
[✓] None [ ] a total of $_____, pursuant to orders entered on the following dates: _____.

**Compensation for services now sought in this case:**
$_____ flat fee for services through case closing
$ 9,773.75 for itemized services (itemization attached).

**Reimbursement now sought for expenses advanced by the attorney:**
$_____ for filing fee paid by the attorney with the attorney's funds
$_____ for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization attached)

$_____ Total reimbursement for expenses requested.

**Additional expenses incurred in the case for which the attorney is not seeking reimbursement (either paid by the debtor(s) directly or paid by the attorney with funds provided by the debtor(s)):**
$ 281.00 for filing fee
$ 85.00 for other expenses, itemized as follows:
    $ 30.00 Describe expenses: Merged Three Bureau Credit Report
    $ 55.00 Describe expenses: Credit Counseling and Financial Management Certificates

$ 366.00 Total non-reimbursable expenses pre-paid by the debtor (this amount not to appear on fee order).

**Funds received from debtor for services and expenses advanced by the attorney:**
[ ] None
$ 4000.00 for services
$_____ for expenses advanced by the attorney

**Itemization of time:** [ ] Not submitted [✓] Attached to this application.

Date of Application: 04/09/2015     Attorney's signature: /s/ Charles L. Magerski

Charles L. Magerski, Esq.
Sulaiman Law Group, Ltd.
900 Jorie Blvd., Suite 150
Oak Brook, IL 60523
(630) 575-8181

Form No. 23, revised 11/14