# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 1:13-bk-40462 |
| GEORGE ANDREW FLOYD | Chapter 13 |
| Debtor(s) | Honorable Timothy A. Barnes |

## NOTICE OF MOTION

To:   *See attached service list*

    Mr. Glen A. Messina
    PHH Mortgage Services
    3000 Leadenhall Road
    Mount Laurel, New Jersey 08054

PLEASE TAKE NOTICE that on August 8, 2019 at 9:30 a.m., the undersigned will appear before the **Honorable Timothy A. Barnes** at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 744, Chicago, Illinois 60604 and will then and there present **DEBTOR'S MOTION TO REOPEN CHAPTER 13 CASE**, a copy of which is hereby served upon you.

                                              */s/ Joseph S. Davidson*

                                              Joseph S. Davidson
                                              Mohammed O. Badwan
                                              **SULAIMAN LAW GROUP, LTD.**
                                              2500 South Highland Avenue
                                              Suite 200
                                              Lombard, Illinois 60148
                                              +1 630-575-8181
                                              jdavidson@sulaimanlaw.com
                                              mbadwan@sulaimanlaw.com

```
Label Matrix for local noticing          U.S. Bank National Association, as Trustee f   WELLS FARGO BANK, N.A.
0752-1                                   Codilis and Associates, P.C.                   PO Box 10438
Case 13-40462                            15W030 North Frontage Road, Suite 100          Des Moines, IA 50306-0438
Northern District of Illinois            Burr Ridge, IL 60527-6921
Eastern Division
Wed Jul 17 14:23:52 CDT 2019

U.S. Bankruptcy Court                    ALTAIR OH XIII, LLC                            Capital One, N.A. *
Eastern Division                         C O WEINSTEIN,PINSON AND RILEY, PS             c/o American Infosource
219 S Dearborn                           2001 WESTERN AVENUE, STE 400                   P.O Box 54529
7th Floor                                SEATTLE, WA 98121-3132                         Oklahoma City, OK 73154-1529
Chicago, IL 60604-1702

Chicago FIre Officers' Association       Chicago Fire Officers CU                       Chicago Firefighters Credit
Credit Union                             10231 S Western                                6230 S. Central Avenue
1800 S Halsted Street                    Chicago IL 60643-1917                          Chicago, IL 60638-4544
Chicago, IL 60608-3415


Chicago Firemans Assn Credit Union       Cook County Treasurer's Office                 Credit One Bank
2453 S Archer                            118 North Clark Street, Room 112               585 Pilot Rd
Chicago IL 60616-2169                    Chicago, IL 60602-1590                         Las Vegas, NV 89119-3619



Daliah Gorce                             Department of the Treasury                     Equifax Information Services, LLC
11426 S. Carpenter                       Internal Revenue Service                       1550 Peachtree Street NW
Chicago, IL 60643                        Po Box 7346                                    Atlanta, GA 30309-2468
                                         Philadelphia, PA 19101-7346


Experian Information Solutions, Inc.     IL Dept of Healthcare & Family Services        IL Dept of Healthcare & Family Services
475 Anton Boulevard                      32 W. Randolph, 10th Floor                     Division of Child Support Services
Costa Mesa, CA 92626-7037                Chicago, IL 60601-3501                         PO Box 19152
                                                                                        Springfield, IL 62794-9152


IL Dept of Healthcare and Family Services/MR   Illinois Bell Telephone Company          (p)INTERNAL REVENUE SERVICE
P O Box 19405                            % AT&T Services, Inc                           CENTRALIZED INSOLVENCY OPERATIONS
Springfield, IL 62794-9405               Karen Cavagnaro, Paralegal                     PO BOX 7346
                                         One AT&T Way, Room 3A104                       PHILADELPHIA PA 19101-7346
                                         Bedminster, NJ 07921-2693


LVNV Funding, LLC its successors and assigns   Michelle Burtley                         Ocwen Loan
assignee of FNBM, LLC                    5830 S. Wabash                                 1661 Worthington Road, Suite 100
Resurgent Capital Services               Chicago, IL 60637-1108                         West Palm Beach, FL 33409-6493
PO Box 10587
Greenville, SC 29603-0587


Ocwen Loan Servicing                     Ocwen Mortgage                                 Shika Brant
3451 Hammond Avenue                      Attn: Bankruptcy                               5830 S. Wabash
Waterloo, IA 50702-5345                  P.O. Box 24738                                 Chicago, IL 60637-1108
                                         West Palm Beach, FL 33416-4738


Shmeaka Mickles                          Trans Union LLC                                U.S. Bank National Association, as Trustee
5830 S. Wabash                           1561 E. Orangethorpe Avenue                    c/o Codilis & Associates, P.C.
Chicago, IL 60637-1108                   Fullerton, CA 92831-5210                       15W030 N. Frontage Road, Suite 100
                                                                                        Burr Ridge, IL 60527-6921
```

| | | |
|---|---|---|
| Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines IA 50306-0438 | Wells Fargo Financial Bank<br>4137 121st Street<br>Urbandale, IA 50323-2310 | Charles L. Magerski<br>Sulaiman Law Group, LTD<br>900 Jorie Boulevard<br>Suite 150<br>Oak Brook, IL 60523-3810 |
| George Andrew Floyd<br>5937 S. Wolcott<br>Chicago, IL 60636-1606 | Joseph S Davidson<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Ave<br>Suite 200<br>Lombard, IL 60148-7103 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 |
| Mohammed O Badwan<br>Sulaiman Law Group, LTD<br>2500 S. Highland Ave<br>Suite 200<br>Lombard, IL 60148-7103 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P.O. Box 802503
Cincinnati, OH 45280

End of Label Matrix
Mailable recipients    37
Bypassed recipients     0
Total                  37

## **CERTIFICATE OF SERVICE**

      I, Joseph Scott Davidson, an attorney, hereby certify that on July 17, 2019, **DEBTOR'S MOTION TO REOPEN CHAPTER 13 CASE** was filed with the Clerk of the Court of the United States Bankruptcy Court for the Northern District of Illinois by using the CM/ECF system. I have mailed this document by United States Postal Service Certified Mail, postage prepaid to:

Mr. Glen A. Messina
PHH Mortgage Services
3000 Leadenhall Road
Mount Laurel, New Jersey 08054

    */s/ Joseph S. Davidson*

    Joseph S. Davidson
    Mohammed O. Badwan
    **SULAIMAN LAW GROUP, LTD.**
    2500 South Highland Avenue
    Suite 200
    Lombard, Illinois 60148
    +1 630-575-8181
    jdavidson@sulaimanlaw.com
    mbadwan@sulaimanlaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>GEORGE ANDREW FLOYD<br><br>Debtor(s) | Case No. 1:13-bk-40462<br><br>Chapter 13<br><br>Honorable Timothy A. Barnes |

## DEBTOR'S MOTION TO REOPEN CHAPTER 13 CASE

GEORGE ANDREW FLOYD ("Debtor"), through counsel, SULAIMAN LAW GROUP, LTD., pursuant to 11 U.S.C. § 350(b) and Rule 5010 of the Federal Rules of Bankruptcy Procedure, moves to reopen his Chapter 13 case to enforce terms of the Order Confirming Plan, and in support thereof, states as follows:

1. A petition under Chapter 13 was filed on October 15, 2013.

2. A plan was confirmed on October 27, 2014.

3. The bankruptcy case closed with discharge on March 12, 2019.

4. Debtor requests that this court enter an order reopening this bankruptcy case pursuant to 11 U.S.C. § 350(b) and Rule 5010 of the Federal Rules of Bankruptcy Procedure to enforce as well as seek contempt of Debtor's confirmed Chapter 13 plan.

DATED: July 17, 2019                                     Respectfully submitted,

                                                         **GEORGE ANDREW FLOYD**

                                                         By: */s/ Joseph S. Davidson*

                                                         Joseph S. Davidson
                                                         Mohammed O. Badwan
                                                         SULAIMAN LAW GROUP, LTD.
                                                         2500 South Highland Avenue

Suite 200  
Lombard, Illinois 60148  
+1 630-575-8181  
jdavidson@sulaimanlaw.com  
mbadwan@sulaimanlaw.com